Frankie Jae LORDMASTER, f/k/a
Jason Robert Goldader,
Plaintiff–Appellant,

v.

G. HINKLE, Regional Director; Mr. Jennings, Ex–Warden of Augusta Correctional Center; Building c/d Sergeant; Building c/d Lieutenant; Lt. Wheeler; Linkenholker; Shifflet, a/k/a Shiflett, Defendants–Appellees,

and

Augusta Correctional Center Personnel; Unknown; Virginia D.O.C. Agents; other Agents of Government; Common Fare: Defendants at ACC; Law Library: Defendants at ACC; Personal Safety: Defendants at ACC Personnel; Disemmination: Defendants at or Outside ACC; Retaliation: Defendants at ACC, Cell Search or Resultant; Retaliation: Defendants at or Outside ACC, Transfer or Resultants, Defendants.

No. 14–7074.

United States Court of Appeals,
Fourth Circuit.

Submitted: Oct. 16, 2014.

Decided: Oct. 22, 2014.

Frankie Jae LordMaster, pro se. James Milburn Isaacs, Jr., Office of the Attorney General of Virginia, Richmond, VA, for Appellees.

Before MOTZ, WYNN, and THACKER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Frankie Jae LordMaster appeals the district court's order granting summary judgment to some Defendants on LordMaster's 42 U.S.C. § 1983 (2012) complaint and dismissing without prejudice the claims against the remaining Defendants pursuant to 28 U.S.C. § 1915A(b)(1) (2012). We have reviewed the record and find no reversible error. Accordingly, we deny LordMaster's pending Fed.R.Civ.P. 60(b) motion, and affirm for the reasons stated by the district court. *Lordmaster v. Hinkle,* No. 7:13–cv–00506–MFU–RSB, 2014 WL 3359389 (W.D.Va. July 9, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*